UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

MAGISTRATE JUDGE'S MINUTES

CLOSED

DATE: 7/29/08          CASE NUMBER:  08-16001M-SD

USA vs. Miguel Ivan Fernandez

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____    INTERPRETER  Ricardo Gonzalez
                                                   LANGUAGE  Spanish

Attorney for Defendant  Matthew Johnson (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): _

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY
DOA___
☐ Financial Afdvt taken      ☐ Initial Appearance           ☐ Appointment of counsel hearing held
☐ Rule 5(c)(3)               ☐ Defendant Sworn              ☐ Financial Afdvt sealed
                             ☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>  ☐ Flight risk  ☐ Danger | ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
| PRELIMINARY HEARING: | STATUS HEARING: re: Waiver of Venue |
| ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found  ☐ Dismissed<br>☐ Held to answer before District Court | ☒ Held  ☐ Con't  ☐ Reset<br><br>Set for:<br>Before: |

Other: Prosecution Agent Suzanne Clark appearing for the Government moves to dismiss complaint. Defense has no objection. Court grants motion and dismisses case without prejudice. Case is closed.

                                           Recorded by Courtsmart
                                           BY:  Angela J. Tuohy
                                           Deputy Clerk

cc: USM/PTS/AFPD/BP

DATE: 7/28/2008      CASE NUMBER: 08-16001M-SD

USA vs. Miguel Ivan Fernandez

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____       INTERPRETER  Ricardo Gonzalez
                                               LANGUAGE  Spanish

Attorney for Defendant Matthew Johnson (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA 7/27/08            ☒ Initial Appearance         ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken ☒ Defendant Sworn            ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)          ☐ Defendant states true name to be ___. Further proceedings ORDERED
                          in Defendant's true name.

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>  ☐ Flight risk ☐ Danger | ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
| **PRELIMINARY HEARING:** | **STATUS HEARING:** re: Waiver of Venue |
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found   ☐ Dismissed<br>☐ Held to answer before District Court | ☐ Held ☐ Con't ☐ Reset<br><br>Set for:  7/29/08 at 1:00 pm<br>Before:   Magistrate Judge Irwin |

Other: Defendant declines to sign waiver of venue. Government moves for a continuance. Defense has no objection. Court grants motion and sets status hearing.

Recorded by Courtsmart
BY: Angela J. Tuohy
Deputy Clerk

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA
V.
Miguel Ivan FERNANDEZ
Citizen of Mexico
YOB: 1980
088768926
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08-16001MSD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about January 15, 2005, near Calexico, California in the Southern District of California, Defendant Miguel Ivan FERNANDEZ, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.   ☒ Yes   ☐ No

_Signature of Complainant_
Suzanne Clark
Lead Patrol Agent

Sworn to before me and subscribed in my presence,

July 28, 2008                at        Yuma, Arizona
Date                                    City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer          Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant:            Miguel Ivan FERNANDEZ

Dependents:           2 USC, 1 Mexican

**IMMIGRATION HISTORY:**    The Defendant is an illegal alien. **The Defendant has eleven (11) prior arrests by the Border Patrol.**

**CRIMINAL HISTORY:**    None found.

Narrative:    The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Yuma, Arizona.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Calexico, California on January 15, 2005.

Charges:    8 USC§1325            (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____July 28, 2008_____
Date

_____
Signature of Judicial Officer